WOODSTOCK-ON-HUDSON, Respondent, *v.* THE CITY OF YONKERS et al., Appellants.

*Woodstock-on-Hudson* v. *City of Yonkers*, 158 App. Div. 947, affirmed.

(Argued December 8, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 31, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action in equity brought by the plaintiff to have the tax upon the property of the plaintiff, a corporation organized exclusively for the moral and mental improvement of candidates for the Society of Jesus, for the Roman Catholic priesthood and for missionary purposes and to provide a suitable place for the carrying on of such work, declared invalid, illegal and void and vacated and set aside, upon the ground that the plaintiff is entitled to exemption under the provisions of subdivision 7 of section 4 of the Tax Law.

*Thomas F. Curran,* Corporation Counsel (*Max Cohen* of counsel), for appellants.

*Joseph H. Fargis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ.